1 | **WINSTON & STRAWN LLP**
Gail J Standish (SBN: 166334)
2 | gstandish@winston.com
Cathy R. Kim (SBN: 217304)          NOTE: CHANGES MADE BY THE COURT
3 | ckim@winston.com
333 S. Grand Avenue, 38th Floor
4 | Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
5 | Facsimile: (213) 615-1750

6 | Derek J. Sarafa (*admitted pro hac vice*)
dsarafa@winston.com
7 | William C. O'Neil (*admitted pro hac vice*)
woneil@winston.com
8 | 35 West Wacker Drive
Chicago, IL 60601-9703
9 | Telephone: (312) 558-5600
Facsimile: (312) 558-5700
10 |
Attorneys for Plaintiff and
11 | Judgment Creditor

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JETGLOBAL, LLC, | Case No. 2:08-CV-7341-AHS (RZx) |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE WHY JUDGMENT DEBTOR CRAIG GARRICK SHOULD NOT BE HELD IN CONTEMPT OF COURT** |
| AVIATION FINANCE GROUP, LLC and CRAIG GARRICK, | |
| Defendants. | |

1  Plaintiff and Judgment Creditor JetGlobal, LLC's Motion for Order to Show
2  Cause Why Judgment Debtor Craig Garrick Should Not Be Held in Contempt of
3  Court came before the Honorable Alicemarie H. Stotler.
4  The Court having considered Judgment Creditor Jet Global LLC's Motion, and
5  Judgment Debtor Craig Garrick's opposition thereto, HEREBY ORDERS that:
6  JetGlobal, LLC's Motion for Order to Show Cause Why Judgment Debtor
7  Craig Garrick Should Not Be Held in Contempt of Court is GRANTED.

## ORDER TO SHOW CAUSE

Judgment Debtor Craig Garrick is hereby ordered to appear on June 29, 2009, at 11:00 a.m., in Courtroom 10A of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701, then and there to show cause why Judgment Debtor Garrick should not be adjudged in contempt of Court and punished accordingly for disobeying the Court's charging order dated February 11, 2009.

Judgment Debtor Garrick is ordered to file any written response on or before June 8, 2009.  Judgment Creditor JetGlobal, LLC is ordered to file any opposition to Judgment Debtor Garrick's response on or before June 15, 2009.

If Garrick fails to comply, Garrick will be (1) found to be in contempt; (2) required to pay JetGlobal's attorneys' fees incurred in bringing this Motion; and (3) required to pay all amounts due to JetGlobal under this Court's February 11, 2009 charging order, the wage garnishment order and shall suffer any other relief the Court deems proper.

Dated: May 12, 2009.

ALICEMARIE H. STOTLER
The Honorable Alicemarie H. Stotler
UNITED STATES DISTRICT JUDGE